*M. Bell,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Barron, Appellant.

Submitted November 10, 1969.
*John J. Barbera,* for appellant; *Alexander Ogle,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Chilcote, Appellant.

Submitted November 10, 1969. *William K. Eckel,* Public Defender, for appellant; *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Clark, Appellant.

Submitted November 10, 1969. *Caram J. Abood* and *Lewis H. Ripley, Jr.,* Public Defenders, for appellant; *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Colello, Appellant.